IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
COURT FILE NO. 3:13-cv-00524-wmc

| | |
|---|---|
| Jesse Fabio,<br><br>         Plaintiff,<br><br>v.<br><br>Diversified Consultants, Inc., a Florida Corporation, d/b/a Diversified Credit, Inc.<br><br>Defendant. | Case No. **3:13-cv-00524-wmc**<br><br>**MOTION FOR<br>ENTRY OF DEFAULT** |

**MOTION FOR ENTRY OF DEFAULT**

TO:   **THE CLERK OF COURT**

Plaintiff Jesse Fabio requests that the clerk of court enter default against defendant(s) Diversified Consultants, Inc., A Florida Corporation, D/B/A Diversified Credit, Inc. pursuant to Federal Rule of Civil Procedure 55(a).  In support of this request plaintiff relies upon the record in this case and the declaration submitted herein.

Dated this 10th day of October, 2013.

Respectfully submitted,

**BARRY & HELWIG, LLC**

By:  **s/Peter F. Barry**

- 1 -

- 2 -

                                                Peter F. Barry, Esq.
                                                Minnesota Attorney I.D.#0266577
                                                2701 SE University Ave, Suite 209
                                                Minneapolis, Minnesota 55414-3236
                                                Telephone:  (612) 379-8800
                                                Facsimile: (612) 379-8810
                                                pbarry@lawpoint.com

pfb/ra                                            **Attorney for Plaintiff**