# Exhibit G



Source: http://www.dcicollect.com/why-dci-collect.html