# Exhibit H



**Civil Party Search**
Tue Oct 29 19:30:46 2013
194 records found

User: jm0528 P
Client:
Search: Civil Party Search Name Diversified Consultants All Courts Page: 1

| | Party Name | Court | Case | NOS | Date Filed | Date Closed |
|---|---|---|---|---|---|---|
| 1 | Diversified Consultants (dft) | cacdce | 2:2013-cv-00009 | 480 | 01/02/2013 | 06/17/2013 |
| 2 | Diversified Consultants (dft) | gamdce | 5:2010-cv-00114 | 480 | 03/19/2010 | 06/08/2010 |
| 3 | Diversified Consultants (dft) | nysdce | 1:1994-cv-08295 | 190 | 11/15/1994 | 05/28/1997 |
| 4 | Diversified Consultants (dft) | nysdce | 1:1994-cv-08636 | 190 | 11/30/1994 | 05/28/1997 |
| 5 | Diversified Consultants (dft) | ohsdce | 1:2013-cv-00212 | 480 | 03/29/2013 | |
| 6 | Diversified Consultants (dft) | scdce | 6:1994-cv-02900 | 220 | 10/25/1994 | 11/30/1994 |
| 7 | Diversified Consultants (dft) | scdce | 6:1996-cv-03618 | 220 | 12/04/1996 | 10/17/1997 |
| 8 | Diversified Consultants (crd) | txsdce | 1:1993-cv-00070 | 110 | 04/14/1993 | 02/19/1998 |
| 9 | Diversified Consultants (dft) | txsdce | 1:1993-cv-00070 | 110 | 04/14/1993 | 02/19/1998 |
| 10 | Diversified Consultants (dft) | utdce | 1:2013-cv-00128 | 480 | 09/16/2013 | |
| 11 | Diversified Consultants (dft) | utdce | 2:2013-cv-00869 | 890 | 09/24/2013 | |
| 12 | Diversified Consultants and Investors Corporation (dft) | mddce | 8:1997-cv-04030 | 190 | 11/26/1997 | 01/22/1999 |
| 13 | Diversified Consultants Inc (dft) | alndce | 2:2013-cv-00701 | 120 | 04/15/2013 | |
| 14 | Diversified Consultants Inc (dft) | aredce | 3:1993-cv-00173 | 190 | 06/03/1993 | 04/10/1996 |
| 15 | Diversified Consultants Inc (dft) | aredce | 3:1997-cv-00265 | 110 | 07/03/1997 | 01/25/2001 |
| 16 | Diversified Consultants Inc (dft) | cacdce | 2:2011-cv-04012 | 480 | 05/11/2011 | 06/15/2011 |
| 17 | Diversified Consultants Inc (dft) | cacdce | 2:2012-cv-00329 | 480 | 01/12/2012 | 02/28/2013 |
| 18 | Diversified Consultants Inc (dft) | cacdce | 8:2013-cv-00566 | 480 | 04/10/2013 | 07/03/2013 |
| 19 | Diversified Consultants Inc (dft) | ctdce | 3:2003-cv-00463 | 890 | 03/17/2003 | 04/09/2003 |
| 20 | Diversified Consultants Inc (dft) | ctdce | 3:2010-cv-00380 | 480 | 03/15/2010 | 06/03/2010 |
| 21 | Diversified Consultants Inc (dft) | ctdce | 3:2010-cv-01196 | 480 | 07/29/2010 | 07/05/2011 |
| 22 | Diversified Consultants Inc (dft) | ctdce | 3:2013-cv-01231 | 480 | 08/26/2013 | |
| 23 | DIVERSIFIED CONSULTANTS INC (dft) | gamdce | 1:2013-cv-00079 | 480 | 05/03/2013 | |
| 24 | Diversified Consultants Inc (dft) | iddce | 1:2012-cv-00629 | 480 | 12/21/2012 | |
| 25 | Diversified Consultants Inc (dft) | miedce | 2:2013-cv-10390 | 480 | 01/31/2013 | |
| 26 | Diversified Consultants Inc (dft) | miedce | 2:2013-cv-11183 | 480 | 03/18/2013 | |
| 27 | Diversified Consultants Inc (dft) | ncedce | 7:2011-cv-00272 | 480 | 02/29/2012 | 04/24/2012 |
| 28 | Diversified Consultants Inc (dft) | ohsdce | 1:1998-cv-00049 | 890 | 01/14/1998 | 06/04/1998 |
| 29 | Diversified Consultants Inc (dft) | okwdce | 5:2002-cv-00174 | 890 | 02/11/2002 | 03/13/2002 |
| 30 | Diversified Consultants Inc (dft) | txndce | 3:2013-cv-03217 | 890 | 08/15/2013 | |
| 31 | Diversified Consultants Inc (dft) | txsdce | 4:1991-cv-01246 | 791 | 05/08/1991 | 09/17/1991 |
| 32 | Diversified Consultants Inc (dft) | wiedce | 2:1999-cv-00378 | 320 | 04/13/1999 | 06/15/1999 |
| 33 | Diversified Consultants Inc. (dft) | akdce | 3:2000-cv-00328 | 791 | 11/08/2000 | 01/16/2001 |
| 34 | Diversified Consultants Inc. (dft) | flmdce | 8:2013-cv-01785 | 890 | 07/10/2013 | |
| 35 | Diversified Consultants Inc. (dft) | nyedce | 2:2009-cv-02374 | 480 | 06/04/2009 | 10/30/2009 |
| 36 | Diversified Consultants, Inc. (dft) | flmdce | 6:2012-cv-01372 | 890 | 09/07/2012 | 01/10/2013 |
| 37 | Diversified Consultants, Inc. (dft) | flmdce | 3:2012-cv-01293 | 890 | 11/28/2012 | 07/18/2013 |
| 38 | Diversified Consultants, Inc. (dft) | flmdce | 6:2012-cv-01824 | 480 | 12/04/2012 | 04/19/2013 |
| 39 | Diversified Consultants, Inc. (dft) | flmdce | 3:2013-cv-00138 | 440 | 02/08/2013 | |
| 40 | Diversified Consultants, Inc. (dft) | flmdce | 3:2013-cv-00596 | 480 | 05/20/2013 | 10/01/2013 |
| 41 | Diversified Consultants, Inc. (dft) | flmdce | 8:2013-cv-02434 | 890 | 09/19/2013 | |
| 42 | Diversified Consultants, Inc. (dft) | flmdce | 8:2013-cv-02436 | 890 | 09/19/2013 | |
| 43 | Diversified Consultants, Inc. (cc) | codce | 1:2008-cv-02242 | 480 | 10/15/2008 | 04/09/2009 |
| 44 | Diversified Consultants, Inc. (dft) | codce | 1:2007-cv-01141 | 480 | 05/31/2007 | 09/12/2007 |
| 45 | Diversified Consultants, Inc. (dft) | codce | 1:2007-cv-01294 | 480 | 06/19/2007 | 07/19/2007 |
| 46 | Diversified Consultants, Inc. (dft) | codce | 1:2008-cv-02242 | 480 | 10/15/2008 | 04/09/2009 |
| 47 | Diversified Consultants, Inc. (dft) | codce | 1:2011-cv-02466 | 480 | 09/20/2011 | 01/06/2012 |
| 48 | Diversified Consultants, Inc. (dft) | codce | 1:2012-cv-02410 | 480 | 09/11/2012 | |
| 49 | Diversified Consultants, Inc. (dft) | codce | 1:2012-cv-03227 | 480 | 12/11/2012 | 06/26/2013 |
| 50 | Diversified Consultants Inc. (dft) | nyedce | 1:2009-cv-04756 | 480 | 11/02/2009 | 04/29/2010 |
| 51 | Diversified Consultants Inc. (dft) | pamdce | 1:2009-cv-01988 | 890 | 10/13/2009 | 11/16/2009 |
| 52 | Diversified Consultants Incorporated (dft) | azdce | 2:2011-cv-00945 | 480 | 05/11/2011 | 09/07/2011 |
| 53 | Diversified Consultants Incorporated (dft) | azdce | 2:2013-cv-00737 | 480 | 04/12/2013 | 09/24/2013 |
| 54 | Diversified Consultants of Florida Inc (dft) | iddce | 1:2012-cv-00629 | 480 | 12/21/2012 | |

| | Receipt 10/29/2013 19:30:47 79130552 |
|---|---|
| User | jm0528 P |
| Client | |
| Description | Civil Party Search |
| | Name Diversified Consultants All Courts Page: 1 |
| Pages | 1 ($0.10) |



**Civil Party Search**
Tue Oct 29 19:30:46 2013
194 records found

User: jm0528 P
Client:
Search: Civil Party Search Name Diversified Consultants All Courts Page: 2

| Party Name | Court | Case | NOS | Date Filed | Date Closed |
|---|---|---|---|---|---|
| 55 Diversified Consultants, Inc (dft) | ilndce | 1:2011-cv-04637 | 480 | 07/08/2011 | 08/23/2011 |
| 56 Diversified Consultants, Inc (dft) | miedce | 2:2011-cv-13862 | 480 | 09/02/2011 | 10/26/2011 |
| 57 Diversified Consultants, Inc. (dft) | codce | 1:2013-cv-02121 | 480 | 08/08/2013 | |
| 58 Diversified Consultants, Inc. (cc) | flmdce | 3:2011-cv-00029 | 480 | 01/10/2011 | 04/08/2011 |
| 59 Diversified Consultants, Inc. (dft) | flmdce | 3:2004-cv-00398 | 890 | 05/26/2004 | 07/06/2004 |
| 60 Diversified Consultants, Inc. (dft) | flmdce | 3:2011-cv-00029 | 480 | 01/10/2011 | 04/08/2011 |
| 61 Diversified Consultants, Inc. (dft) | flmdce | 3:2011-cv-01148 | 480 | 11/18/2011 | 01/17/2012 |
| 62 Diversified Consultants, Inc. (dft) | flmdce | 3:2012-cv-00030 | 710 | 01/11/2012 | 01/15/2013 |
| 63 Diversified Consultants, Inc. (dft) | flmdce | 3:2012-cv-00498 | 890 | 04/30/2012 | 05/09/2013 |
| 64 Diversified Consultants, Inc. (dft) | flmdce | 5:2013-cv-00491 | 890 | 10/07/2013 | |
| 65 Diversified Consultants, Inc. (dft) | flmdce | 3:2013-cv-01225 | 480 | 10/10/2013 | |
| 66 DIVERSIFIED CONSULTANTS, INC. (dft) | flndce | 3:2009-cv-00532 | 480 | 12/03/2009 | 12/18/2009 |
| 67 Diversified Consultants, Inc. (dft) | flsdce | 0:2010-cv-61021 | 890 | 06/16/2010 | 06/17/2010 |
| 68 Diversified Consultants, Inc. (dft) | flsdce | 9:2010-cv-80721 | 890 | 06/16/2010 | 11/15/2010 |
| 69 Diversified Consultants, Inc. (dft) | flsdce | 1:2011-cv-21003 | 890 | 03/23/2011 | 01/12/2012 |
| 70 Diversified Consultants, Inc. (dft) | flsdce | 9:2011-cv-80336 | 890 | 03/30/2011 | 11/30/2011 |
| 71 Diversified Consultants, Inc (dft) | nywdce | 1:2013-cv-00796 | 480 | 07/31/2013 | |
| 72 Diversified Consultants, Inc. (dft) | ohsdce | 2:2010-cv-00576 | 480 | 06/23/2010 | 05/06/2011 |
| 73 Diversified Consultants, Inc (3pp) | txndce | 3:1989-cv-01296 | 791 | 05/16/1989 | 09/16/1993 |
| 74 Diversified Consultants, Inc (cd) | txndce | 3:1989-cv-01296 | 791 | 05/16/1989 | 09/16/1993 |
| 75 Diversified Consultants, Inc (dft) | txndce | 3:1989-cv-01296 | 791 | 05/16/1989 | 09/16/1993 |
| 76 Diversified Consultants, Inc (dft) | txndce | 3:1993-cv-00731 | 190 | 04/13/1993 | 02/11/1994 |
| 77 Diversified Consultants, Inc. (dft) | alsdce | 1:2013-cv-00510 | 480 | 10/21/2013 | |
| 78 Diversified Consultants, Inc. (dft) | flsdce | 1:2013-cv-22456 | 480 | 07/10/2013 | 07/10/2013 |
| 79 Diversified Consultants, Inc. (dft) | flsdce | 1:2013-cv-22465 | 480 | 07/11/2013 | |
| 80 Diversified Consultants, Inc. (dft) | flsdce | 1:2013-cv-22751 | 890 | 08/01/2013 | |
| 81 Diversified Consultants, Inc. (dft) | gandce | 1:2006-cv-01013 | 480 | 04/27/2006 | 09/12/2006 |
| 82 Diversified Consultants, Inc. (dft) | gandce | 1:2009-cv-03244 | 480 | 11/20/2009 | 12/17/2009 |
| 83 Diversified Consultants, Inc. (dft) | gandce | 4:2013-cv-00095 | 480 | 04/16/2013 | 08/07/2013 |
| 84 Diversified Consultants, Inc. (dft) | gasdce | 4:2011-cv-00311 | 480 | 12/12/2011 | 03/30/2012 |
| 85 DIVERSIFIED CONSULTANTS, INC. (dft) | insdce | 1:2003-cv-00750 | 890 | 05/20/2003 | 05/12/2004 |
| 86 DIVERSIFIED CONSULTANTS, INC. (dft) | insdce | 4:2005-cv-00200 | 890 | 12/19/2005 | 02/06/2006 |
| 87 DIVERSIFIED CONSULTANTS, INC. (dft) | insdce | 1:2009-cv-01094 | 890 | 09/03/2009 | 02/03/2010 |
| 88 Diversified Consultants, Inc. (dft) | ksdce | 2:2013-cv-02060 | 890 | 02/06/2013 | 07/28/2013 |
| 89 Diversified Consultants, Inc. (dft) | ksdce | 2:2013-cv-02131 | 480 | 03/18/2013 | 07/26/2013 |
| 90 Diversified Consultants, Inc. (dft) | ksdce | 2:2013-cv-02509 | 480 | 10/03/2013 | |
| 91 Diversified Consultants, Inc. (dft) | kyedce | 5:2010-cv-00172 | 890 | 05/23/2010 | 08/19/2010 |
| 92 Diversified Consultants, Inc. (dft) | cacdce | 2:2010-cv-07588 | 480 | 10/12/2010 | 04/05/2011 |
| 93 Diversified Consultants, Inc. (dft) | cacdce | 2:2013-cv-02482 | 890 | 04/08/2013 | |
| 94 Diversified Consultants, Inc. (dft) | cacdce | 8:2013-cv-01103 | 480 | 07/23/2013 | |
| 95 Diversified Consultants, Inc. (dft) | caedce | 1:2010-cv-01850 | 480 | 10/06/2010 | 03/30/2011 |
| 96 Diversified Consultants, Inc. (dft) | candce | 3:2013-cv-02087 | 480 | 05/07/2013 | |
| 97 Diversified Consultants, Inc. (dft) | candce | 5:2013-cv-02078 | 480 | 05/07/2013 | 09/18/2013 |
| 98 Diversified Consultants, Inc. (dft) | candce | 3:2013-cv-02321 | 480 | 05/21/2013 | |
| 99 Diversified Consultants, Inc. (dft) | ilndce | 1:2009-cv-03742 | 480 | 06/22/2009 | 09/09/2009 |
| 100 Diversified Consultants, Inc. (dft) | ilndce | 1:2012-cv-02009 | 890 | 03/20/2012 | |
| 101 Diversified Consultants, Inc. (dft) | ilndce | 1:2012-cv-02443 | 480 | 04/03/2012 | |
| 102 Diversified Consultants, Inc. (dft) | ilndce | 1:2013-cv-00900 | 480 | 02/05/2013 | 10/17/2013 |
| 103 Diversified Consultants, Inc. (dft) | ilndce | 1:2013-cv-02674 | 890 | 04/10/2013 | |
| 104 Diversified Consultants, Inc. (dft) | ilndce | 1:2013-cv-04238 | 890 | 06/07/2013 | |
| 105 Diversified Consultants, Inc. (dft) | ilndce | 1:2013-cv-06705 | 480 | 09/18/2013 | |
| 106 Diversified Consultants, Inc. (dft) | madce | 1:2011-cv-10201 | 480 | 02/07/2011 | 06/14/2011 |
| 107 Diversified Consultants, Inc. (dft) | madce | 1:2006-cv-12114 | 890 | 11/21/2006 | 04/11/2007 |
| 108 Diversified Consultants, Inc. (dft) | madce | 1:2012-cv-10622 | 480 | 04/05/2012 | |

Receipt 10/29/2013 19:31:17 79130644
User jm0528 P
Client
Description Civil Party Search
Name Diversified Consultants All Courts Page: 2
You have previously been billed for this page.
Pages 1 ($0.00)



**Civil Party Search**
Tue Oct 29 19:30:46 2013
194 records found

User: jm0528 P
Client:
Search: Civil Party Search Name Diversified Consultants All Courts Page: 3

| Party Name | Court | Case | NOS | Date Filed | Date Closed |
|---|---|---|---|---|---|
| 109 Diversified Consultants, Inc. (dft) | madce | 1:2013-cv-10875 | 480 | 04/12/2013 | |
| 110 Diversified Consultants, Inc. (dft) | madce | 3:2013-cv-30087 | 480 | 04/29/2013 | |
| 111 Diversified Consultants, Inc. (dft) | madce | 1:2013-cv-11277 | 450 | 05/28/2013 | |
| 112 Diversified Consultants, Inc. (dft) | mddce | 1:2009-cv-02647 | 480 | 10/08/2009 | 02/16/2010 |
| 113 Diversified Consultants, Inc. (dft) | mddce | 1:2010-cv-02728 | 480 | 10/01/2010 | 08/08/2011 |
| 114 Diversified Consultants, Inc. (dft) | mddce | 1:2013-cv-01287 | 480 | 04/30/2013 | 05/28/2013 |
| 115 Diversified Consultants, Inc. (dft) | miedce | 2:2013-cv-10427 | 480 | 02/04/2013 | 08/30/2013 |
| 116 Diversified Consultants, Inc. (dft) | miedce | 5:2013-cv-12039 | 480 | 05/08/2013 | |
| 117 Diversified Consultants, Inc. (dft) | miwdce | 1:1997-cv-00551 | 890 | 07/03/1997 | 09/17/1997 |
| 118 Diversified Consultants, Inc. (dft) | miwdce | 5:2000-cv-00010 | 890 | 01/19/2000 | 06/16/2000 |
| 119 Diversified Consultants, Inc. (dft) | miwdce | 4:2006-cv-00040 | 480 | 04/17/2006 | 12/12/2006 |
| 120 Diversified Consultants, Inc. (dft) | nyedce | 1:2009-cv-00530 | 480 | 02/09/2009 | 04/24/2009 |
| 121 Diversified Consultants, Inc. (dft) | nyedce | 2:2009-cv-03331 | 480 | 08/03/2009 | 11/03/2009 |
| 122 Diversified Consultants, Inc. (dft) | nyedce | 1:2010-cv-04257 | 890 | 09/17/2010 | 01/20/2011 |
| 123 Diversified Consultants, Inc. (dft) | nyedce | 2:2011-cv-00293 | 480 | 01/18/2011 | 04/20/2011 |
| 124 Diversified Consultants, Inc. (dft) | nyedce | 1:2011-cv-03735 | 480 | 08/02/2011 | 12/05/2011 |
| 125 Diversified Consultants, Inc. (dft) | nyedce | 2:2011-cv-04930 | 480 | 10/07/2011 | 11/08/2011 |
| 126 Diversified Consultants, Inc. (dft) | nyedce | 1:2013-cv-02801 | 480 | 05/06/2013 | 09/05/2013 |
| 127 Diversified Consultants, Inc. (dft) | mowdce | 4:2010-cv-00338 | 480 | 04/09/2010 | 06/01/2010 |
| 128 Diversified Consultants, Inc. (dft) | mowdce | 4:2012-cv-00015 | 480 | 01/08/2012 | 09/26/2012 |
| 129 Diversified Consultants, Inc. (dft) | mowdce | 4:2012-cv-01458 | 480 | 12/18/2012 | 06/13/2013 |
| 130 Diversified Consultants, Inc. (dft) | mowdce | 4:2013-cv-00278 | 480 | 03/19/2013 | |
| 131 Diversified Consultants, Inc. (dft) | mowdce | 4:2013-cv-00874 | 480 | 09/06/2013 | |
| 132 Diversified Consultants, Inc. (dft) | ncwdce | 3:2011-cv-00159 | 480 | 04/04/2011 | 05/25/2012 |
| 133 Diversified Consultants, Inc. (dft) | ncwdce | 3:2011-cv-00610 | 480 | 12/02/2011 | 02/23/2012 |
| 134 Diversified Consultants, Inc. (dft) | miwdce | 1:2006-cv-00779 | 480 | 10/30/2006 | 03/12/2007 |
| 135 Diversified Consultants, Inc. (dft) | mndce | 0:2007-cv-04808 | 371 | 12/11/2007 | 03/10/2008 |
| 136 Diversified Consultants, Inc. (dft) | mndce | 0:2007-cv-04876 | 371 | 12/17/2007 | 07/10/2008 |
| 137 Diversified Consultants, Inc. (dft) | mndce | 0:2013-cv-00076 | 480 | 01/09/2013 | 04/10/2013 |
| 138 Diversified Consultants, Inc. (dft) | mndce | 0:2013-cv-01985 | 480 | 07/24/2013 | |
| 139 Diversified Consultants, Inc. (dft) | moedce | 4:2011-cv-01722 | 890 | 10/03/2011 | |
| 140 Diversified Consultants, Inc. (dft) | moedce | 4:2013-cv-01826 | 890 | 09/17/2013 | |
| 141 Diversified Consultants, Inc. (dft) | nyedce | 1:2013-cv-03868 | 890 | 07/11/2013 | 10/02/2013 |
| 142 Diversified Consultants, Inc. (dft) | nyedce | 1:2013-cv-04524 | 480 | 08/09/2013 | |
| 143 Diversified Consultants, Inc. (dft) | nyndce | 1:2013-cv-00482 | 480 | 04/29/2013 | |
| 144 Diversified Consultants, Inc. (dft) | nysdce | 1:2010-cv-05074 | 890 | 07/01/2010 | 08/03/2010 |
| 145 Diversified Consultants, Inc. (dft) | nysdce | 1:2010-cv-05852 | 890 | 08/03/2010 | 10/22/2010 |
| 146 Diversified Consultants, Inc. (dft) | nysdce | 1:2011-cv-04922 | 480 | 07/18/2011 | 09/23/2011 |
| 147 Diversified Consultants, Inc. (dft) | nysdce | 1:2011-cv-05042 | 890 | 07/21/2011 | 12/21/2011 |
| 148 Diversified Consultants, Inc. (dft) | nhdce | 1:2012-cv-00206 | 480 | 05/31/2012 | 02/26/2013 |
| 149 DIVERSIFIED CONSULTANTS, INC. (dft) | njdce | 2:2012-cv-02400 | 480 | 04/23/2012 | 08/16/2012 |
| 150 DIVERSIFIED CONSULTANTS, INC. (dft) | njdce | 3:2012-cv-06717 | 480 | 10/24/2012 | 03/05/2013 |
| 151 DIVERSIFIED CONSULTANTS, INC. (dft) | njdce | 1:2013-cv-02582 | 480 | 04/23/2013 | 07/11/2013 |
| 152 DIVERSIFIED CONSULTANTS, INC. (dft) | njdce | 2:2013-cv-02748 | 480 | 04/29/2013 | |
| 153 Diversified Consultants, Inc. (dft) | nyedce | 1:2002-cv-02341 | 890 | 04/18/2002 | 01/07/2003 |
| 154 Diversified Consultants, Inc. (dft) | nyedce | 1:2002-cv-04556 | 890 | 08/16/2002 | 05/13/2004 |
| 155 Diversified Consultants, Inc. (dft) | nysdce | 7:2012-cv-05335 | 890 | 07/10/2012 | 05/06/2013 |
| 156 Diversified Consultants, Inc. (dft) | nysdce | 1:2013-cv-00470 | 890 | 01/22/2013 | 04/11/2013 |
| 157 Diversified Consultants, Inc. (dft) | nysdce | 1:2013-cv-04980 | 890 | 07/17/2013 | |
| 158 Diversified Consultants, Inc. (dft) | nywdce | 1:2009-cv-00817 | 480 | 09/17/2009 | 12/14/2009 |
| 159 Diversified Consultants, Inc. (dft) | nywdce | 1:2012-cv-01166 | 480 | 11/26/2012 | 03/26/2013 |
| 160 Diversified Consultants, Inc. (dft) | nywdce | 1:2013-cv-00338 | 480 | 04/04/2013 | |
| 161 Diversified Consultants, Inc. (dft) | nywdce | 6:2013-cv-06374 | 480 | 07/19/2013 | |
| 162 Diversified Consultants, Inc. (dft) | ordce | 3:2012-cv-02281 | 890 | 12/17/2012 | 08/13/2013 |

Receipt 10/29/2013 19:31:17 79130644
User jm0528 P
Client
Description Civil Party Search
Name Diversified Consultants All Courts Page: 3
You have previously been billed for this page.
Pages 1 ($0.00)



**Civil Party Search**
Tue Oct 29 19:30:46 2013
194 records found

User: jm0528 P
Client:
Search: Civil Party Search Name Diversified Consultants All Courts Page: 4

| Party Name | Court | Case | NOS | Date Filed | Date Closed |
|---|---|---|---|---|---|
| 163 DIVERSIFIED CONSULTANTS, INC. (dft) | paedce | 2:2013-cv-02385 | 480 | 05/01/2013 | 08/22/2013 |
| 164 DIVERSIFIED CONSULTANTS, INC. (dft) | paedce | 2:2013-cv-02385 | 480 | 05/01/2013 | 08/22/2013 |
| 165 DIVERSIFIED CONSULTANTS, INC. (dft) | paedce | 2:2011-cv-03745 | 480 | 06/09/2011 | 08/10/2011 |
| 166 DIVERSIFIED CONSULTANTS, INC. (dft) | paedce | 2:2013-cv-00769 | 890 | 02/12/2013 | 05/08/2013 |
| 167 DIVERSIFIED CONSULTANTS, INC. (dft) | paedce | 2:2013-cv-05695 | 890 | 09/30/2013 | |
| 168 Diversified Consultants, Inc. (dft) | pamdce | 1:2009-cv-01967 | 890 | 10/12/2009 | 11/16/2009 |
| 169 Diversified Consultants, Inc. (dft) | nywdce | 1:2013-cv-01070 | 890 | 10/24/2013 | |
| 170 Diversified Consultants, Inc. (dft) | ohndce | 1:1998-cv-02620 | 890 | 11/16/1998 | 01/29/1999 |
| 171 Diversified Consultants, Inc. (dft) | ohndce | 5:2012-cv-00100 | 480 | 01/16/2012 | 01/31/2012 |
| 172 Diversified Consultants, Inc. (dft) | ohndce | 5:2012-cv-02337 | 890 | 09/18/2012 | 01/10/2013 |
| 173 Diversified Consultants, Inc. (dft) | ohndce | 1:2013-cv-00885 | 480 | 04/19/2013 | |
| 174 Diversified Consultants, Inc. (dft) | ohndce | 5:2013-cv-02079 | 890 | 09/19/2013 | |
| 175 Diversified Consultants, Inc. (dft) | ohsdce | 2:2013-cv-00273 | 890 | 03/22/2013 | 07/31/2013 |
| 176 Diversified Consultants, Inc. (dft) | pamdce | 3:2010-cv-00474 | 480 | 03/02/2010 | 05/10/2010 |
| 177 Diversified Consultants, Inc. (dft) | pamdce | 3:2012-cv-01288 | 480 | 07/05/2012 | |
| 178 Diversified Consultants, Inc. (dft) | sddce | 4:1998-cv-04129 | 890 | 07/22/1998 | 12/04/1998 |
| 179 Diversified Consultants, Inc. (dft) | tnedce | 2:2013-cv-00157 | 890 | 06/03/2013 | 08/09/2013 |
| 180 Diversified Consultants, Inc. (dft) | tnmdce | 3:2010-cv-00268 | 480 | 03/22/2010 | 04/06/2010 |
| 181 Diversified Consultants, Inc. (dft) | tnwdce | 2:2011-cv-02348 | 480 | 05/04/2011 | 02/13/2012 |
| 182 Diversified Consultants, Inc. (dft) | txedce | 4:2013-cv-00132 | 890 | 03/12/2013 | 10/21/2013 |
| 183 Diversified Consultants, Inc. (cc) | txwdce | 3:2008-cv-00471 | 890 | 12/15/2008 | 02/04/2009 |
| 184 Diversified Consultants, Inc. (crd) | txwdce | 6:1998-cv-00314 | 370 | 09/25/1998 | 08/23/1999 |
| 185 Diversified Consultants, Inc. (dft) | txwdce | 6:1998-cv-00314 | 370 | 09/25/1998 | 08/23/1999 |
| 186 Diversified Consultants, Inc. (dft) | txwdce | 3:2008-cv-00471 | 890 | 12/15/2008 | 02/04/2009 |
| 187 Diversified Consultants, Inc. (dft) | txwdce | 1:2013-cv-00241 | 890 | 03/22/2013 | |
| 188 Diversified Consultants, Inc. (dft) | txwdce | 6:2013-cv-00137 | 480 | 04/25/2013 | 07/15/2013 |
| 189 Diversified Consultants, Inc. (dft) | vaedce | 3:2012-cv-00887 | 480 | 12/17/2012 | 10/03/2013 |
| 190 Diversified Consultants, Inc. (dft) | wawdce | 2:2010-cv-01093 | 890 | 07/02/2010 | 08/18/2010 |
| 191 Diversified Consultants, Inc. (dft) | wiwdce | 3:2012-cv-00124 | 480 | 02/23/2012 | 04/13/2012 |
| 192 Diversified Consultants, Inc. (dft) | wiwdce | 3:2013-cv-00524 | 480 | 07/23/2013 | |
| 193 Diversified Consultants, Inc. of Florida (dft) | miedce | 2:2012-cv-13877 | 480 | 08/31/2012 | 10/17/2012 |
| 194 Diversified Consultants, Incorporated (dft) | miedce | 2:2006-cv-14935 | 890 | 11/01/2006 | 02/16/2007 |

Receipt 10/29/2013 19:31:17 79130644
User jm0528 P
Client
Description Civil Party Search
Name Diversified Consultants All Courts Page: 4
You have previously been billed for this page.
Pages 1 ($0.00)