# Exhibit J

 # 608-466-4778

Did you get a call from 6084664778? Read the posts below to find out details about this number. Also report unwanted calls to help identify who is using this phone number.

608-466-4778
Country: USA
Location: Wisconsin (Janesville, La Crosse, Madison)

**Sondra**
27 Dec 2011

I got a call from this number acouple of times and when I finally decided to hold on the line to find out who was calling it was some collections agency calling about a Sprint account I had like 5 years go.

*Call Type: Debt Collector*

Hire Top Freelancers
E Elance.com/Hire_Top_Freelancers
1. Post a Job 2. Review Bids. 3. Find Your Freelancer. Try Now!

**Shirdent**
11 May 2012

this number comes up at least once a week in WI.
never answer it anymore, it's just too long dead air.
never leaves a message.

*Caller: don't know*
*Call Type: Telemarketer*

**joephone**
21 Jun 2012

3rd call in as many days.
No messages.
No thank you.





**jB**

21 Jun 2012

I'm getting a call too from this number both at work and at home but they don't leave a message. If they need to contact me then they should leave some kind of message. I would be fine to talk to them if I knew who they were.

Top CD Rates

www.bankoncit.com/

High Yield CDs Online at CIT Bank. Member FDIC. Apply Online Today.

**Newsdrifter**

27 Jun 2012

been getting calls from these Dbags on my new prepay phone
called them back and yelled at some lady to stop calling she kept asking if I was somebody a first and last name she hung up on me
I think if you are really mean to them they will f*** off

*Caller: unsure*

**Rudy**

4 Sep 2012

DIVERSIFIED CONSULTANTS.

*Call Type: Debt Collector*

**annoyed**

1 Oct 2012

An African sounding guy, like the one of the guys on abc's specials of
people scamming people for thousands of dollars especially those lil
old ladies who give their life savings away....He was looking for Justin Hanson,
Justin Hanson he repeated... I just hung up on him and put the number on my
call block list...... No Justin Hanson here!

*Caller: unknown*

**Disrupted**

25 Oct 2012



Got a call from this number on my work phone. Same message when I picked up as I have been getting from a different Minnesota number. They are always looking for the same person and its not me. They claim to have important business documents.

**Kay**
28 Dec 2012

Getting constant calls for someone who had the number before me. It's from a collection agency. They do not take no for an answer, assume you are a liar, are very rude, and hang up on you. I'm filing a complaint with the FCC over this one.

*Caller: Diversified Collections*
*Call Type: Debt Collector*

**Jan**
2 Jan 2013

t calling my cell looking for someone names VeJay, no such person here. Get a clue and stop calling!

*Caller: Unkown*

**Pestered**
2 Jan 2013

I have no idea who this is, but they call me at least once a day. I hear an automated "hello," then dead silence. They're robocalls, and if there's any reason for them it's totally beyond me.

*Caller: Robocallers*

**karla**
3 Feb 2013

I keep getting calls from this number when I answer they hang up and sometimes I pick up don't say nothing they still just hang up they never say nothing I'm tired of y'all calling and not saying nothing and when I ignore the call you don't leave a message

**Super Irritated**
7 Feb 2013



This number calls me 3 times a day! If they really wanted to talk to me they would leave a message and identify themselves!!!!

*Caller: ??*



**sue**
16 Feb 2013

I am constantly getting calls from this number. I never answer it and never have had a message left. Several times a day this call comes through.



**sue**
19 Feb 2013

Seriously???? Again???? Stop calling me. I will never answer this number.



**warren c.allston,jr.**
10 Mar 2013

I keep getting calls from this number at least 4-5 times per week. I am never told who they are. I'm being harassed. I want it to stop.

*Caller: unknown*



**gwhite**
3 Apr 2013

these idiots call me on a pay as u go phone, and never say anything.  So irritating.

*Caller: 6084664778*



**Emily M**
9 May 2013

This phone number calls me no less than 3 times a day. Its usually 5 or 6 though. It is constant. Every hour and a half somedays. And usually in the morning. I receive no calls after 6 pm. I do not answer. I dont know who it is but they never leave a message. This is harassment. Either leave a message and I

will return your calls when I can or stop harassing me.

**theresa**
30 May 2013

They keep calling me and it needs to stop now.

**Laurie**
19 Jul 2013

I get a call from this number: 608-466-4778 at least 1 - 2 times a day. I do not answer the phone. No message is ever left. I can hear clicking of a keyboard and it hangs up. It is annoying and I want them to STOP CALLING ME!!!

1 2

SendGrid
Transactional EMAIL DELIVERY
with flexible SMTP or Web APIs

TRY for FREE

**Report a phone call from 608-466-4778:**

Your Name *

Your name as you would like it to appear in the title of your post.

Message *

Caller Company

The company that called you.

Call Type

Unknown

Submit

*Thank you for your contribution! Please watch your language and post only truthful information.*

---

Other phone numbers in the 608 area code

Contact Us | Privacy Policy | Terms of Service | Legal Stuff

Copyright 800notes.com 2013


800notes Directory of UNKNOWN Callers

## 608-466-4461

Did you get a call from 6084664461? Read the posts below to find out details about this number. Also report unwanted calls to help identify who is using this phone number.

608-466-4461
Country: USA
Location: Wisconsin (Janesville, La Crosse, Madison)

**ryan**
14 May 2012

I called back they said they were diversified consultants. they were looking for someone who no longer has this number.

*Caller: diversified consultants*

Top CD Rates
www.bankoncit.com/
High Yield CDs Online at CIT Bank. Member FDIC. Apply Online Today.

**bob**
16 Nov 2012

keep getting calls from this number - it comes up as Beloit - dont know anyone there. I dont answer. They dont leave messages

**Chuck Bingles**
22 Mar 2013

This number (608-466-4461) just keeps calling..they don't leave messages; they don't care if you're not who they are looking for...they should be destroyed completely...all employees should be fired instantaneously and then permanently banned from any type of calling job for the next 6000 years.

*Caller: Diversified*
*Call Type: Debt Collector*

**hatethesepeople**

22 May 2013

hate them

Hire Top Freelancers

E Elance.com/Hire_Top_Freelancers
1. Post a Job 2. Review Bids. 3. Find Your Freelancer. Try Now!

**Getting Harassed**

20 Jun 2013

They call three to five times a day and they refuse to leave a voicemail. If they were a legitimate company they would cease and desist after they'd been informed that the individual in question was no longer the owner of the number.

*Caller: Diversified Consultants*
*Call Type: Debt Collector*

**Riley**

17 Jul 2013

They call once to twice everyday for the past two years now. About a year ago I was finally able to answer them in time, a man on the other end asked for an "Elizabeth" in a very formal tone and I told him to change the damn number because there is no Elizabeth. I wasn't bothered for about three months until this new number came up under this supposed "Diversified Consultants" constantly asking for Elizabeth in an automated message about some important business thing.

I hate them so much.

*Caller: Diversified Consultants*

Zappos .com
POWERED by SERVICE

SOREL Falcon Ridge
SHOP NOW

**Report a phone call from 608-466-4461:**

Your Name *

Your name as you would like it to appear in the title of your post.

Message *

Caller Company

The company that called you.

Call Type

Unknown

Submit

*Thank you for your contribution! Please watch your language and post only truthful information.*

Other phone numbers in the 608 area code

Contact Us | Privacy Policy | Terms of Service | Legal Stuff

Copyright 800notes.com 2013

# WhoCallsMe

*Reverse phone directory*

## 608-466-4286

Got a call from 608-466-4286? Report it and help to identify who and why is calling from this number.

608-466-4286
Country: USA
Location: Wisconsin (Janesville, La Crosse, Madison)

Find Who Owns This Number
FreePhoneTracer.com
1) Enter Any Phone Number Now 2) Get Full Owner Info - Try Free!

**LL**
8 Jun 2012

At a minimum they call weekly, sometimes more! Landline registered to somewhere in Beloit, WI.. No messages left. Has anyone else had issues with this number?

*Caller: unknown*

**CC** replies to LL
14 Jun 2012

They just started calling me - twice a day... No idea who it is.

**anonymous**
15 Sep 2012

I get a call from this number daily, often more than once. I do not answer and they do not leave a message. It is getting really old.

*Caller: unknown*

**Jason Eldred**
24 Sep 2012

Stop having them call me 3 times today no message.

*Caller: unknown*

**Jo** replies to anonymous
28 Sep 2012

Ditto. Frequent calls. Never leave a message.

**teacher**
26 Oct 2012

SIX calls from this number in one day- so much for DO NOT CALL list!!

*Caller: ?????*

**karen** replies to CC
26 Dec 2012

I believe they are a collection agency. They were looking for someone who used to live at this address. When I called them back they answered "Diversified Consultants" and when I explained the situation, they removed my phone number from their call list.

**patty**
7 Jan 2013

Daily calls - message are in spanish. cannot add to blocked list. very irritating.

*Caller: unknown*

**Vic**
26 Jan 2013

They call about 3 or 4 times at day, this a***oles don't get the point they private call will not be answer and in top of that never leave a message

*Caller: State Collection Agency*



**Unknown** replies to teacher
19 Feb 2013

File a complaint with the do not call registry and the feds will take care of the issue. They use the same numbers and should be pretty easy to pin down

**joe**
5 Apr 2013

Silence caller. Should be considered as criminal intent.

**Submit a comment about 6084664286 phone number:**

Your Name *

Your name as you would like it to appear in the title of your post.

Message *

Caller Company

The company that called you.

Call Type

Unknown

Submit

*Thank you for your contribution! Oh, and please watch your language and post only truthful information.*

Other phone numbers that starts with 608

Contact Us | Privacy Policy | Terms of Service | Legal Stuff

Copyright WhoCallsMe.com 2013

800notes Directory of UNKNOWN Callers

# 651-829-8106

Did you get a call from 6518298106? Read the posts below to find out details about this number. Also report unwanted calls to help identify who is using this phone number.

651-829-8106
Country: USA
Location: Minnesota (St. Paul)

**Unknown**
6 May 2011

6518298106
6518298145
6518298132

Minnesota Numbers.

*Caller: Diversified Consultants, Inc.*
*Call Type: Debt Collector*

Office Mac Home and …
$111.14

Office Mac Home & …
$110.18

Office Mac 2011 Home …
$164.67

**Can't Hide from Karma**
1 Jun 2011

Diversified Consultants

*Caller: DCI Diversified Consultants*

**k anderson**
29 Feb 2012

THIS NUMBER 651-829-8106 calls everyday. I keep telling them I do not know the person they are calling for and stop calling. The people calling keep saying they can not stop calling as it is a auto dialer. The women was very rude to me this time. Just because my last name is ANDERSON does not mean I know every Anderson in the world. This is so out of control. I work late nights and have to answer phone

calls so when this happens it is very madding.

*Caller: hastings*

**Mound resident**

11 Dec 2012

I answered and the person hung up. This number is going to be blocked.

Top CD Rates
www.bankoncit.com/
High Yield CDs Online at CIT Bank. Member FDIC. Apply Online Today.

**Your knocking at the wrong house**

19 Dec 2012

They pose as a debt collectors. Even a respected ( LOL ) debt collector need to follow the FCC guideline.

It's an automated dialer which does not have any feature of removing your number from it's system.

They have demonstrated time and time again that they do not follow the FCC guideline. Since they assume that you are somehow related to that person of who they are looking for.

Even if you never know the person of whom they are looking for. They will continually to call and continue to try to get your money from you instead.

One of their company motto is. "Knock on the neighbor door and try to collect the same money each day. If you get the wrong house. Come back tomorrow and knock on the same house again and assume it is the correct house your looking for."

There are anti-stalking rules in this country. Diversified Consultants violated that rule too.

*Caller: Diversified Consultants*
*Call Type: Telemarketer*

**Report a phone call from 651-829-8106:**

Your Name *

Your name as you would like it to appear in the title of your post.

Message *

Caller Company

The company that called you.

Call Type

Unknown

Submit

*Thank you for your contribution! Please watch your language and post only truthful information.*

Other phone numbers in the 651 area code

Contact Us | Privacy Policy | Terms of Service | Legal Stuff

Copyright 800notes.com 2013



10/30/13 Case: 3:13-cv-00524-wmc Document #: 14-10 Filed: 10/30/13 Page 18 of 19
6518298145 | 651-829-8145 | Phone Number Lookup and Complaints | NumberInvestigator

NumberInvestigator.com
The Comprehensive Reverse Phone Number Database

Find the owner of **any phone number** - **unlisted** and **cell phone numbers** included.
Report scammers, fraudsters, telemarketers, debt collectors and prank callers.

**Reverse Phone Search:** Phone Number

Home **Reverse Phone Lookup** Resources News Browse About Us Contact Us Area Code Search Like 0 Follow +1 +53

# Results for (651)-829-8145

St Paul
Maplewood
Woodbury
West St Paul
Mendota Heights
Inver Grove Heights
Cottage Grove
Afton
St Croix River
River Falls
Kinnickinnic State Park
Afton State Park
Lebanon Hills Regional Park
Hastings
Rosemount
Diamond Bluff
Farmington
©2013 Google - Map data ©2013 Google -

## Phone Number Details

**Phone Number:** 6518298145
**Owner Name:** On File - Click Here
**Most Current Address:** On File - Click Here
**Area:** HASTINGS, MN (Minnesota)
**Phone Company:** LEVEL 3 COMMUNICATIONS LLC - MN
**Switch:** GLVYMNNVCM3

Due to number portability, some numbers may have been transferred to a new service provider and nearby city.
**Premium Information** is up to date and includes owner name, most recent address, and much more.

## About HASTINGS, MN

**Location Type:** City
**Population:** 18204
**Housing Units:** 6758
**Land Area:** 10.12 sq miles

## Complaints about 651-829-8145

**Caller Type:** Unknown (2 Reports)
**Reported Name:** DCI Diversified Cunsultants (3 Reports)
**Number of Complaints:** 4

## File a Complaint About 651-829-8145

Your Name *
Note: will be shown
Caller Name/Company
DCI Diversified Cunsu
or
I don't know
Caller Type *
-- Please Select --
Comments *
Verification *
9 S E N F
File Report

**Should I File a Complaint?**

If you are getting harrassing calls from this number, the answer is **yes.**
By filing a complaint, you are making the nature of the calls known to more people, including the caller. The more complaints a certain number receives, the more exposure it gets. This helps make the calls stop by reducing the efficiency of the caller's operations. Also, when a certain number receives a lot of complaints, we investigate the matter and report the number to the proper authorities.

## Complaints

**Pissed Off reported DCI Diversified Cunsultants from 651-829-8145 as an Unknown Caller** Mar 12th 2013 - 11:56:48am PDT
Never leaves a message. Calls every day, all hours of the day, and on weekends. I picked up once, only to hear noise in the background. Caller ID says "Minnesota Call" and nothing else.

REPORT THIS COMMENT AS SPAM

**R reported DCI Diversified Cunsultants from 651-829-8145 as a Unknown annoying caller** Feb 1st 2013 - 4:21:46pm PST
The caller will not lv. A message. I know of no reason they would call me. It is rude to Lviv. NO MESSAGE.

www.numberinvestigator.com/phone/651-829-8145.html 1/2

Case: 3:13-cv-00524-wmc Document #: 14-10 Filed: 10/30/13 Page 19 of 19

REPORT THIS COMMENT AS SPAM

**Cant Hide From Karma reported DCI Diversified Cunsultants from 651-829-8145 as a Unknown annoying caller** Jun 2nd 2011 - 11:12:16am PDT

Diversified Consultants Inc (DCI) 10550 Deerfield Park Blvd Ste 309 Jacksonville Florida 32256: junk debt collection. DCI COOGordon C. Beck 111 apparently resides at 8 Audubon Lane, Flagler Beach, Fl 32136, and apparently has a home phone number of 386-439-8514. Donald M. Zehnder, who the state recognizes as president and secretary treasurer, apparently resides at 3213 Trophy Pl, Jacksonville, Fl 32225, and apparently has a home phone number of 904-565-1020 Co director Nicole Michelle Zehnder Smith, owns the property at 4537 Crystal Brook Way Jacksonville Fl 32224, per land records, and appears to have a home phone number of 904-247-4321. CEO Charlotte L Zehnder sold her house at 11060 Crystal Lynn Ct Jacksonville on 3182011 to Dixie Ward for $545,000 per Duval county records. Prior to that her home phone number seemed to be 904-714-2149. Dont do what DCI does and make 50 harassing calls to the wrong person. And act in an appropriate and lawful manner with these public records Karma

REPORT THIS COMMENT AS SPAM

**Laurie Silbernick reported 651-829-8145 as an Unknown Caller** May 18th 2011 - 4:13:04pm PDT

I have recieved five calls in the last 2 12 days from this company! With no messages left! I have no idea why they are calling! Idiots!

REPORT THIS COMMENT AS SPAM

2013 NumberInvestigator.com | All Rights Reserved | +1 (877) 340-0210

Home | Resources | Browse | About Us
Terms of Use | Privacy Policy | Contact Us | Affiliates
W3C Validated