IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
COURT FILE NO. 3:13-cv-00524-wmc

| | |
|---|---|
| Jesse Fabio,<br><br>       Plaintiff,<br><br>v.<br><br>Diversified Consultants, Inc., a Florida Corporation, d/b/a Diversified Credit, Inc.<br><br>Defendant. | Case No. 3:13-cv-00524-wmc<br><br><br>AFFIDAVIT OF<br>JESSE FABIO |

### AFFIDAVIT OF JESSE FABIO

1. I am Jesse Fabio and I am an adult person over the age of 18 years and the Plaintiff in this matter.

2. I regularly work and travel through the State of Wisconsin, and within the Western District of Wisconsin, in my work as an over-the-road truck driver.

3. I received multiple prerecorded and autodialed collection phone calls on my cellular telephone from Defendant while working in Wisconsin.

4. Included in the Plaintiff's brief in opposition to the Defendant's motion to dismiss this case is **Exhibit A**.

5. **Exhibit A** consists of approximately 180 photographs showing more than 180 autodialed calls to my cellular phones from Defendant, nearly all of which came

from the Wisconsin area code 608.

6. I am in Wisconsin regularly and would have no difficulty appearing in this Court to litigate this case.

7. I do not have the financial resources to litigate this case in Jacksonville, Florida.

Further Your Affiant Sayeth Naught.

Dated: 10-30-13

Jesse Fabio

Subscribed and sworn to before me this 30th day of October, 2013.

Notary Public

RANDALL P. RYDER
Notary Public-Minnesota
My Commission Expires Jan 31, 2014

# Exhibit E