IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
COURT FILE NO. 3:13-cv-00524-wmc

| | |
|---|---|
| Jesse Fabio,<br><br>      Plaintiff,<br><br>v.<br><br>Diversified Consultants, Inc., a Florida Corporation, d/b/a Diversified Credit, Inc.<br><br>Defendant. | Case No. 3:13-cv-00524-wmc<br><br>AFFIDAVIT OF<br>KATRINA K. GROSSE |

### AFFIDAVIT OF KATRINA K. GROSSE

1. I am Katrina K. Grosse and I am an adult person over the age of 18 years residing in Wisconsin.

2. I am employed by Dane County Legal Notice, LLC, P.O. Box 6097, 6041 Monona Drive, Ste. 105 Madison, Wisconsin 53716.

3. I am the process server who was employed by the Plaintiff as a subcontractor of Metro Legal Services, Inc. to serve the Summons, Complaint and Civil Cover Sheet ("papers") in the above matter upon the Defendant's registered agent of process, Incorp Services Inc.

4. I first attempted to serve the papers on August 28, 2013 at 2:01 p.m. CST by going to Incorp Services Inc., located at 901 South Whitney Way, Madison,

Wisconsin 53711.

5. I attempted to serve the managing agent of Incorp Service Inc., Ms. Kathy Williams with these papers on that date and time.

6. Ms. Williams refused to accept these papers from me, indicating that there was no Wisconsin address listed on the papers, and no reference to Incorp Services Inc. in Madison, Wisconsin on the papers.

7. Based upon Ms. Williams's refusal to accept service of the papers, and despite the fact that the Defendant had registered Incorp Services Inc. as its registered agent of process in Wisconsin with the Department of Financial Institutions, I left without serving the papers and contacted Metro Legal Services for further instructions.

8. After receiving further instructions from Metro Legal Services, I returned to Incorp Services Inc. in Madison, Wisconsin on September 11, 2013, at 11:53 a.m. CST, and drop served the papers on Ms. Williams.

Further Your Affiant Sayeth Naught.

Dated: 10/30/13           Katrina K. Grosse

                          Katrina K. Grosse

Subscribed and sworn to before me this 30th day of October, 2013.

_____
Notary Public

# Exhibit I