IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JESSE FABIO,

    Plaintiff,

v.                              Case No.: 13-cv-524-wmc

DIVERSIFIED CONSULTANTS, INC.,
d/b/a Diversified Credit, Inc.,

    Defendant.

---

ENTRY OF DEFAULT

---

Pursuant to court order (dkt. #34) dated February 27, 2014, the Clerk of Court for the United States District Court for the Western District of Wisconsin hereby enters the default of defendant Diversified Consultants, Inc., d/b/a Diversified Credit, Inc., pursuant to Rule 55(a) of the Fed. R. Civ. P.

Dated this 27th day of February, 2014.

*[signature]*
PETER OPPENEER, Clerk of Court